# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | CASE NO. 1:07-cv-00476-OWW-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE |
| v. | (Doc. 1) |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. / | |

Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional Institution in Greenville, Illinois. To date, plaintiff has filed seventy-six civil cases in this district. Plaintiff is an abusive litigant who persists in filing baseless actions in this district. The instant complaint is duplicative of at least four previous complaints filed this year.[1] There is no good faith basis for the filing of duplicative actions.

This action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   March 29, 2007**          **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 1:07-cv-00075-LJO-DLB PC Jo v. Six Unknown Names Agents, 1:07-cv-00159-AWI-SMS PC Jo v. Six Unknown Names Agents, 1:07-cv-00315-LJO-NEW (DLB) PC Jo v. Six Unknown Names Agents; and 1:07-cv-00402-AWI-SMS PC Jo v. Six Unknown Names Agents

1